UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| CHRISTOPHER D. GREMLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-cv-27 |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

---

This matter coming before the Court on Defendant's Unopposed Motion For Relief From Judgment, and the Court being fully informed, it is hereby:

ORDERED that the Defendant's Unopposed Motion for Relief from Judgment that is barred by a pending appeal pursuant to Federal Rule of Civil Procedure 62.1(a)(3) is GRANTED. The Court indicates that it is inclined to grant relief from its February 24, 2023 judgment should the court of appeals remand for that purpose.

Dated: 5-31-23

The Honorable Stephen L. Crocker
United States Magistrate Judge