UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER D. GREMLER, )
)
Plaintiff, )
)
v. ) Case No. 22-cv-27
)
KILOLO KIJAKAZI, )
)
Acting Commissioner of Social Security, )
)
)
Defendant. )

---

**ORDER**

---

Defendant having filed a Joint Motion For Remand For Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice given, and the Court advised on the premises:

1. Defendant's Joint Motion to Reverse and Remand for Further Proceedings, Pursuant to Sentence Four of 42 U.S.C. § 405(g), is granted.

2. The Clerk will enter judgment, reversing the Acting Commissioner's decision under sentence four of section 205(g) of the Social Security Act (Act), 42 U.S.C. § 405(g), with remand to the Acting Commissioner for further administrative proceedings.

3. Upon receipt of this Court's order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) and instruct the ALJ to further consider the prior administrative medical findings of the State agency psychological consultant, Jason

Kocina, Psy.D.; further consider Mr. Gremler's residual functional capacity; obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Mr. Gremler's ability to perform other work in the national economy; take any further action to complete the administrative record; offer Mr. Gremler the opportunity for a hearing; and issue a new decision.

Dated: 6-8-23

The Honorable Stephen L. Crocker
United States Magistrate Judge