UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTOPHER D. GREMLER, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner for Social Security, ) <br> ) <br> Defendant. ) | Case No. 22-cv-27 |

**ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised, Plaintiff is awarded $12,000 for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to Dana W. Duncan pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be

mailed to counsel's address of record: 555 Birch Street, P.O. Box 217, Nekoosa, WI 54457.

SO ORDERED this 31st day of ~~August~~ July 2023.

_____

Honorable Stephen L. Crocker

United States Magistrate Judge